IN THE UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N F O R M A T I O N** |
| v. | Case No. 3:22-cr-206 |
| DADDYBOY DAVIS, a/k/a RICH. | Violation: 21 U.S.C. § 846 |

<b>Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance</b>

The United States Attorney Charges:

From in or about February 2022 through October 2022, in the Districts of North Dakota, Arizona, and elsewhere,

DADDYBOY DAVIS, a/k/a RICH,

did knowingly and intentionally combine, conspire, confederate, and agree together and with others, both known and unknown to the grand jury, to possess with intent to distribute and distribute a mixture and substance containing a detectable amount of fentanyl,[1] a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>Drug Quantity</u>

The amount involved in the conspiracy attributable to DADDYBOY DAVIS, a/k/a RICH, as a result of the defendant's own conduct, and the conduct of other co-conspirators reasonably foreseeable to the defendant, is 40 grams or more of a mixture

---

[1] 21 U.S.C. § 841(b)(1)(A)(vi): The chemical structure of fentanyl is N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide.

and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## Overt Acts

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1	It was a part of said conspiracy that the defendant and others did possess with intent to distribute and distributed 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, within the states of North Dakota, Arizona, and elsewhere;

2.	It was further a part of said conspiracy that the defendant and others would and did attempt to conceal their activities;

3.	It was further a part of said conspiracy that the defendant and others would and did use telecommunication facilities; and

4	It was further a part of said conspiracy that the defendant and others would and did use United States currency in their drug transactions;

In violation of Title 21, United States Code, Section 846; Pinkerton v. United States, 328 U.S. 640 (1946).

MAC SCHNEIDER, AUSA
United States Attorney

BMS/sj