IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DADDYBOY DAVIS, a/k/a RICH,<br><br>Defendant. | Case No. 3:22-cr-206<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Brett M. Shasky, Assistant United States Attorney, has no additional objections or corrections to the Presentence Investigation Report in this case, beyond those previously stated to the Probation Officer.

Dated: May 28, 2024

                                             MAC SCHNEIDER
                                             United States Attorney

By:   */s/ Brett M. Shasky*
        BRETT M. SHASKY
        Assistant United States Attorney
        ND Bar ID 04711
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        brett.shasky@usdoj.gov
        Attorney for United States